UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 3, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-4418,　<u>US v. Stephen Wood</u>
　　　　　　　5:13-cr-00053-RLV-DCK-4

TO:　Reggie E. McKnight

BRIEF CORRECTION DUE:　December 8, 2015

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[X] All briefs filed under a formal briefing schedule, including Anders briefs, should be filed in accordance with the federal and local briefing rules of this court. Please file a corrected brief that conforms to the formal briefing requirements. The Fourth Circuit Brief and Appendix Requirements List can be found on our website.

---

[X] Incorrect entry was used when document was filed. The correct entry that should be used is the "Brief" entry and "Opening" should be selected as a modifier within that entry.

---

Ashley B. Webb, Deputy Clerk
804-916-2704